UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSEPH PAUL MYERS, JR.,<br><br>  Defendant. | Cr. No. 3:22-cr-11<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |

Joseph Myers' sentencing hearing is scheduled for August 11, 2023. Counsel asks the Court to continue his hearing for the following reasons:

The parties need more time to gather mitigation information.

The Government, through Assistant United States Attorney Christopher Myers, does not object to this motion.

Based on the foregoing, Mr. Myers moves the Court for an Order continuing the August 11, 2023, hearing for at least 60 days.

Dated this 9th day of August, 2023.

                                    Respectfully submitted,

                                    JASON J. TUPMAN
                                    Federal Public Defender
                                    By:

                                    */s/   Christopher P. Bellmore*
                                    Christopher P. Bellmore
                                    Assistant Federal Public Defender
                                    Attorney for Defendant
                                    Office of the Federal Public Defender
                                    Districts of South Dakota and North Dakota
                                    112 Roberts Street North, Suite 200
                                    Fargo, ND 58102
                                    Telephone: 701-239-5111
                                    Facsimile:  701-239-5098
                                    filinguser_SDND@fd.org